**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Rodolfo TERRONES, Defendant–Appellant.**

**No. 03–40320**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 18, 2004.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:*

Court-appointed counsel representing Jose Rodolfo Terrones has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Terrones has not filed a response to counsel's *Anders* brief. Our independent review of the brief and the record discloses no non-frivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.